IN the INTEREST OF:
J.M.C. and D.J.C.;

Missouri Department of Social
Services, Respondent,

v.

G.D.C., Jr., Appellant.

WD 80404 Consolidated with WD 80405

Missouri Court of Appeals,
Western District.

ORDER FILED: July 25, 2017

Motion for Rehearing and/or Transfer
to Supreme Court Denied
September 5, 2017

Application for Transfer Denied
November 21, 2017

Sara H. Harrison, Jefferson City, MO, for respondent.

Sarah E. Duncan, Clinton, MO, for appellant.

Before Division Three: Alok Ahuja, Presiding Judge, Thomas H. Newton, Judge and Cynthia L. Martin, Judge

## ORDER

Per curiam:

G.D.C., Jr. ("Father") appeals from a judgment terminating his parental rights to J.M.C. and D.J.C. Father argues that the trial court erred in finding clear, cogent, and convincing evidence to terminate his parental rights. Father also contends that the trial court abused its discretion in finding that termination of parental rights

served the children's best interests. We affirm. Rule 84.16(b).